Exhibit "D-1"

Morgan & Morgan, P.A.
Case Expense Report
7/31/2014
3:52:43PM
(2109046) Sutton, John vs. Diamond Club
Page 1 of 1

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 03/28/2014 | 572432 | FIL | United States District Court [ Filing fees ] 2109046/JSutton/FilingFee/ChristieEffron | | 400.00 |
| 05/05/2014 | 578980 | PSVC | Attorneys Legal Services, Inc. [ Process Service ] 2109046/JSutton/ALS-2014003381/ChristieEffron | | 35.00 |
| 05/05/2014 | 578979 | PSVC | Attorneys Legal Services, Inc. [ Process Service ] 2109046/JSutton/ALS-2014003380/ChristieEffron | | 35.00 |
| | | | Total: | 0.00 | 470.00 |
| | | | Balance: | | 470.00 |

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
Phone: (800) 275-8908
Fax: (407) 839-3639
Tax Id#: 59-3464830

**INVOICE**

Invoice #ALS-2014003381
4/29/2014


COMPLETED
5/5/14

Carlos V. Leach
Morgan & Morgan, P.A.
P.O. Box 4979
Orlando, FL 32802-4979

Reference Number: 2109046
Your Contact: Christie Efron
**Case Number: Middle 6:14-CV-571-ORL-36 TBS**

Plaintiff:
**John Sutton and Jamie Marzol,**

Defendant:
**Clayton Hospitality Group, Inc. d/b/a Diamond Club; et al.,**

Received: 4/9/2014   Served: 4/29/2014 9:40 am  .INDIVIDUAL/PERSONAL
To be served on: CAROL URANICK

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |
| BALANCE DUE: | | | $35.00 |

Please let ALS handle your investigative needs.  License #A9300074
Effective May 28, 2013, all Affidavits of Service for every Florida county, including Seminole County, must be e-filed by attorney's office.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
Phone: (800) 275-8908
Fax: (407) 839-3639
Tax Id#: 59-3464830

# INVOICE

Invoice #ALS-2014003380
4/29/2014


COMPLETED
5/5/14

Carlos V. Leach
Morgan & Morgan, P.A.
P.O. Box 4979
Orlando, FL 32802-4979

Reference Number: 2109046
Your Contact: Christie Efron
**Case Number: Middle 6:14-CV-571-ORL-36 TBS**

Plaintiff:
**John Sutton and Jamie Marzol,**

Defendant:
**Clayton Hospitality Group, Inc. d/b/a Diamond Club; et al.,**

Received: 4/9/2014   Served: 4/29/2014 9:40 am  .CORPORATE - REGISTERED AGENT
To be served on: CLAYTON HOSPITALITY GROUP, INC. D/B/A DIAMOND CLUB C/O CAROL URANICK, REGISTERED AGENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $35.00 |

**BALANCE DUE:** $35.00

Please let ALS handle your investigative needs.  License #A9300074
Effective May 28, 2013, all Affidavits of Service for every Florida county, including Seminole County, must be e-filed by attorney's office.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m