**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN SUTTON, ROBERT
HENDERSON, JAMIE MARZOL,
MARCUS LANEY, BRIAN ESPE,
MICHAEL SEALOCK and JOEL
JUREK,

        Plaintiffs,

v.                                    Case No:  6:14-cv-571-Orl-40TBS

CLAYTON HOSPITALITY GROUP,
INC., CAROL URANICK, DOLL
HOUSE, INC. and WILAN
CORPORATION,

        Defendants.
_____/

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement (Doc. 108) filed on June 4, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 9, 2015 (Doc. 110), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement (Doc. 108) is **DENIED**.

      3.      The parties shall have twenty one (21) days from the date of this Order in which to modify their settlement agreement and file a motion for approval of the modified settlement agreement.

      4.      Plaintiffs' counsel shall submit the information necessary for the Court to make a lodestar analysis of their fees and costs.

**DONE AND ORDERED** in Orlando, Florida on June 30, 2015.

                                      PAUL G. BYRON
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties