UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN SUTTON, ROBERT
HENDERSON, JAMIE MARZOL,
MARCUS LANEY, BRIAN ESPE,
MICHAEL SEALOCK and JOEL JUREK,

    Plaintiffs,

v.                                      Case No:  6:14-cv-571-Orl-40TBS

CLAYTON HOSPITALITY GROUP, INC.,
CAROL URANICK, DOLL HOUSE, INC.
and WILAN CORPORATION,

    Defendants.

## REPORT AND RECOMMENDATION

Earlier today, the Court held a status conference in this Fair Labor Standards Act case and now, after hearing from counsel for the parties and reviewing the record activity, it is respectfully recommended that:

Counsel agree that the parties may benefit from a magistrate judge settlement conference. They also agree that if the settlement conference is not successful, the case will need to be tried. Accordingly, I recommend that the Court enter an order for the conduct of a magistrate judge settlement conference, and that the Court set the case for trial.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails

to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on August 28, 2015.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record