# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOHN SUTTON, ROBERT
HENDERSON, JAMIE MARZOL,
MARCUS LANEY, BRIAN ESPE,
MICHAEL SEALOCK and JOEL
JUREK,

        Plaintiffs,

v.                                      Case No:  6:14-cv-571-Orl-40TBS

CLAYTON HOSPITALITY GROUP,
INC., CAROL URANICK, DOLL
HOUSE, INC. and WILAN
CORPORATION,

        Defendants.
_____/

## ORDER

This cause is before the Court after a status conference was held before the United States Magistrate Judge Thomas B. Smith in this Fair Labor Standards Act case. The United States Magistrate Judge has submitted a report recommending that the Court enter an order for the conduct of a magistrate judge settlement conference, and that the Court set the case for trial.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed August 28, 2015 (Doc. 123), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **REFERRED** to United States Magistrate Judge Phillip R. Lammens to conduct a settlement conference.

3. The details regarding the settlement conference will be contained in a separate order issued by the Judge Lammens.

4. This case will be set for trial and a Case Management and Scheduling Order will follow.

**DONE AND ORDERED** in Orlando, Florida on September 16, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties