UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN SUTTON, et al.,**

    **Plaintiffs,**

v.                        **Case No: 6:14-cv-571-Orl-PRL**

**CLAYTON HOSPITALITY GROUP, INC., et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' joint motion to approve settlement. (Doc. 155). The parties have entered into a settlement agreement disposing of the Fair Labor Standards Act ("FLSA") claims brought by Plaintiffs. Having reviewed the terms of the settlement agreement, I find that it is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. *See Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982).

Accordingly, the parties' joint motion to approve settlement (Doc. 155) is **GRANTED**. The Settlement Agreement is **APPROVED** and this case is **DISMISSED** with prejudice. The Clerk is directed to **close** the file.

**DONE** and **ORDERED** in Ocala, Florida on April 13, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties